IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| vs. | : | CRIMINAL NO. 11-0126-KD |
| REGINALD M. ROBINSON | : | |

## ORDER

This matter is before the Court on the unopposed motion to continue trial filed by defendant Reginald M. Robinson (Doc. 18). Upon consideration of the grounds presented and the Court's record, the undersigned finds that neither the United States nor the defendant will be unduly prejudiced by a continuance into the September 2011 criminal term; therefore, the motion to continue filed by Robinson is **GRANTED** and the trial is **CONTINUED** to the September 2011 criminal trial term.

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." The reasoning for this decision is as follows. Although the defendant was arraigned in this case on June 15, 2011 (Doc. 10), the same date upon which Federal Public Defender Christopher Knight was appointed to represent him (*see* Doc. 8), approximately one month later, on July 13, 2011, this Court granted Mr. Knight's motion to withdraw (*compare* Doc. 16 *with* Doc. 15) and appointed Richard Alexander, Esquire to represent the defendant (Doc. 17). Mr. Alexander has simply not

1

had sufficient time to become familiar with the specifics of this case to enable him to try this case in the August criminal term or determine a reasonable settlement of the charges. Thus, counsel for the defendant has proffered valid reasons for the extension of the pretrial preparation period in order to consider a reasonable settlement of the charges or to otherwise prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, for the purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (excluding "[a]ny period of delay resulting from a continuance granted by any judge . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."). Out of an abundance of caution (*see* Doc. 18, at 2), the defendant is ordered to file his waiver of Speedy Trial rights not later than **August 5, 2011**.

This cause shall come on for a final pretrial conference before the undersigned on **August 9, 2011**, at **9:00 a.m.,** in Courtroom 3A, United States Courthouse, Mobile, Alabama.

**DONE** and **ORDERED** this the 26th day of July, 2011.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**